UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

Case No. 5:11-cv-00059-RLV-DCK

MATT JENKINS,

    Plaintiff

v.

G.C. SERVICES, L.P.,

    Defendant.

_____

### CONSENT MOTION TO AMEND PRETRIAL ORDER AND CASE MANAGEMENT PLAN

This motion comes before the Court by consent of the parties to extend the ADR deadline, discovery deadline and dispositive motion deadlines set forth in the Pretrial Order and Case Management Plan dated August 10, 2011. (DE #8). The current scheduling order contains the following deadlines:

1. All discovery shall be completed no later than March 31, 2012;

2. ADR shall be completed on or before April 30, 2012;

3. All dispositive motions shall be made on or before May 31, 2012.

Pursuant to the Case Management Plan, the parties may consent to extensions of the discovery completion deadline so long as any such extension expires not later than ten (10) days prior to scheduled trial time.

Counsel requests the Court extend the above deadlines as follows, or in any manner the Court deems appropriate.

1. All discovery shall be completed no later than May 31, 2012;

2. ADR shall be completed on or before June 30, 2012;

3. All dispositive motions shall be made on or before July 31, 2012.

Counsel is informed and believes that the extension of these deadlines will not impact any other deadlines set forth in the current scheduling order, except those listed above, and will not effect the scheduled trial date for the trial of this matter.

Respectfully submitted , March 15, 2012.

By: */s/ W. Andrew LeLiever*
W. Andrew LeLiever
N.C. State Bar No: 37384
LELIEVER LAW, P.A.
5 W. Hargett St., Ste. 206
Raleigh, NC 27601
Telephone: 919-906-4687
Email: lelieverlaw@hotmail.com
Counsel for Plaintiff

*I CONSENT*

/s/ Caren D. Enloe
Caren D. Enloe
Of Morris, Manning, & Martin, LLP
N.C.S.B. #17394
Post Office Box 12768
Research Triangle Park, NC 27709
Telephone: (919) 806-2969
cenloe@mmmlaw.com

*I CONSENT*