**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:11-CV-059-RLV-DCK**

| | | |
|---|---|---|
| **MATT JENKINS,** | ) | |
| | ) | |
|          **Plaintiff,** | ) | |
| | ) | |
|    **v.** | ) | **ORDER** |
| | ) | |
| **G.C. SERVICES, LIMITED PARTNERSHIP,** | ) | |
| | ) | |
|          **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To Amend Pretrial Order And Case Management Plan" (Document No. 30) filed May 31, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To Amend Pretrial Order And Case Management Plan" (Document No. 30) is **GRANTED**. The new deadlines will be determined at a later date, if necessary, after the Bankruptcy Court rules on the Trustee's Motion to Approve Settlement. The parties shall file a Stipulation of Dismissal or a Status Report **on or before July 2, 2012**.

**SO ORDERED**.

Signed: May 31, 2012

David C. Keesler
United States Magistrate Judge